IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-427-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    MARK RANDALL RAYBORN,**

        Defendant.

---

**MINUTE ORDER**

---

Judge John L. Kane **ORDERS**

The Supervised Release Revocation hearing set for November 4, 2011 is **VACATED AND RESET** for **November 10, 2011 at 11:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated: October 21, 2011